IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GERRARD D. JONES,

      Appellant,

v.

ANTONIO M. HUDSON;
TORREY M. JOHNSON; ETC.,
STATE OF FLORIDA, ET AL.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2377

Opinion filed October 7, 2015.

An appeal from an order of the Circuit Court for Jefferson County.
Karen A. Gievers, Judge.

Gerrard D. Jones, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kathleen C. Hagan, Assistant Attorney General, Tallahassee, for Appellee, State of Florida.

PER CURIAM.

      DISMISSED.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.